## STATE v. KENNEDY

[350 N.C. 87 (1999)]

STATE OF NORTH CAROLINA v. FRANCIS M. KENNEDY

No. 387A98

(Filed 4 March 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 130 N.C. App. 399, 503 S.E.2d 133 (1998), finding no error in a judgment entered by Cashwell, J., on 24 October 1996 in Superior Court, Wake County. Heard in the Supreme Court 9 February 1999.

*Michael F. Easley, Attorney General, by Anne M. Middleton, Associate Attorney General, for the State.*

*Tharrington Smith, L.L.P., by Roger W. Smith and E. Hardy Lewis, for defendant-appellant.*

PER CURIAM.

AFFIRMED.